**Tyrone DeSante MORANT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76932.**

Missouri Court of Appeals,
Eastern District,
Division Five.

May 30, 2000.

██

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before: MARY RHODES RUSSELL, C.J., GARY M. GAERTNER, J., and LAWRENCE G. CRAHAN, J.

### ORDER

PER CURIAM.

Tyrone DeSante Morant (Movant) appeals from the circuit court's judgment denying his Rule 29.15 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).